**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL LEWIS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-0094** |
| | : | |
| **OFFICER DANIEL** | : | |
| **RICHARDSON, *et al.*,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 20th day of October 2026, upon consideration of Plaintiff Daniel Lewis's Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to terminate Walmart and "The 8th District" as Defendants in this matter.[1]

2. The case shall proceed at this time to service by the U.S. Marshals Service, in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), against Defendant Officer Daniel Richardson on the excessive force claims.[2]

3. For the reasons stated in the accompanying Memorandum, all other claims are dismissed as follows:

---

[1] All claims against Walmart and The 8th District brought pursuant to 42 U.S.C. § 1983 were dismissed in the Court's August 25, 2026 Memorandum and Order (ECF Nos. 6, 7), and they are not named as Defendants in the Amended Complaint.

[2] In the Amended Complaint, Lewis describes the involvement of unidentified John Doe police officers in the excessive force claims. Service cannot be made on the unidentified John Doe Defendants unless or until Lewis provides sufficient identifying information to allow for service. **It is Lewis's responsibility to notify the Court of a Defendant's identity if/when that information is obtained.**

a. The § 1983 claims against the City of Philadelphia and any individual Defendant in his official capacity are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

b. The Fourteenth Amendment equal protection claim is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

4. In anticipation of service by the U.S. Marshals Service, the Clerk of Court is **DIRECTED** to send a copy of this Order to Lewis together with one copy of the U.S. Marshals Service of Process Receipt and Return Form USM-285 ("USM-285 Form") for **Officer Daniel Richardson**. The Clerk of Court is further **DIRECTED** to note the mailing on the docket.

5. To proceed with service, Lewis must complete a USM-285 Form for **Officer Daniel Richardson** and return the completed form to the Clerk's Office within **twenty-one (21) days** of the date of this Order. Service cannot be made by the U.S. Marshals Service until Lewis completes and returns this form.

6. In completing the USM-285 Form, Lewis must follow the instructions provided with the form and is further instructed as follows:

a. Lewis shall not complete a USM-285 Form for any individual or entity that who has been dismissed from this case.

b. Lewis should include as much identifying information as possible, including the Defendant's first name, last name, and, where relevant, the Defendant's badge number.

c. Lewis must provide a complete address at a location where that Defendant can be served. The U.S. Marshals Service cannot serve a Defendant at a P.O. Box address.

d. Lewis must sign the USM-285 Form on the signature block marked "Signature of Attorney other Originator requesting service on behalf of: PLAINTIFF", and provide the date the form was signed.

7. Lewis is cautioned that failure to return the completed USM-285 Form in accordance with the above instructions may result in dismissal of this case for failure to prosecute without further notice from the Court.

8. The Clerk of Court is **DIRECTED** to docket any USM-285 Forms that Lewis returns in this case.

9. The Clerk of Court is **DIRECTED** not to issue summonses at this time. The Court will direct issuance of summonses upon receipt of properly completed USM-285 Forms.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL, J.**